# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5476**

**September Term, 2025**

**1:25-cv-00946-CKK**

**Filed On: April 2, 2026** [2166838]

League of United Latin American Citizens,
et al.,

       Appellees

    v.

Executive Office of the President, et al.,

       Appellants

Republican National Committee,

       Appellee

----------------------------

Consolidated with 25-5478, 26-5098,
26-5099, 26-5102

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

      BY:   /s/
             Francis A. Walter
             Deputy Clerk